MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 14th day of April, two thousand and five.

PRESENT:

    HON. PIERRE N. LEVAL,
    HON. ROBERT D. SACK,

        Circuit Judges,

    HON. EDWARD R. KORMAN,*

        District Judge.



------------------------------------------X

UNITED STATES OF AMERICA,

    Appellee,

    v.                No. 02-1119

WINSTON BANNER, also known as Conroy
Porchman, also known as Cisco,
DAMON SHALLOW, also known as Romello,

    Defendants,

KEVIN PIERRE, also known as Jimmy Grant,
also known as P.B, DENNIS FORBES,

    Defendants-Appellants.

------------------------------------------X

In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), Defendant-Appellant Dennis Forbes's case is remanded to the district court

---

* Chief Judge of the United States District Court for the Eastern District of New York, sitting by designation.

ISSUED AS MANDATE: 11-10-05

for further proceedings in conformity with Crosby.

The disposition in the opinion and order previously issued in connection with this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with Crosby.

Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*
Lucille Carr, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK